# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kelly Borden,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>First Unum Life Insurance Company,<br><br>　　　　　Defendant. | Case No. 21-cv-0923 (SRN/HB)<br><br>**ORDER DISMISSING CASE** |

　　　　The Court having been advised that the above case has been settled [Doc. No 7], IT IS ORDERED that

　　　　This action is hereby dismissed, with prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: June 30, 2021

　　　　　　　　　　　　　　　　　　　　s/Susan Richard Nelson
　　　　　　　　　　　　　　　　　　　　SUSAN RICHARD NELSON
　　　　　　　　　　　　　　　　　　　　United States District Court